FILED

14 JAN -2 AM 11: 30

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---

MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY FA NOTES HOLDINGS LLC, and MORGAN STANLEY & CO. LLC,

    Petitioners,

v.

JOHN D. SIMMONS,

    Respondent.

---

Case No. 3:13-cv-02814-WQH-MDD

**ORDER CONFIRMING ARBITRATION AWARD AND DIRECTING ENTRY OF JUDGMENT THEREUPON**

  The Court having considered the Joint Motion regarding the Stipulation of the Parties for Confirmation of Arbitration Award and for Entry of Judgment (ECF No. 8), filed in the above-captioned proceeding in connection with the Award issued on November 19, 2013, in Financial Industry Regulatory Authority Dispute Resolution Arbitration Number 11-03662 (the "Award"), and being fully advised in the premises,

  IT IS HEREBY ORDERED that the Joint Motion is GRANTED. Pursuant to 9 U.S.C. §§ 9 and 13, and good cause appearing therefor, the above-referenced Award of November 19, 2013, is hereby <u>CONFIRMED</u>, the parties each shall bear

their own costs of litigation and attorneys' fees in this confirmation proceeding; and

It is further <u>ORDERED</u>, that the Clerk is directed to enter a Judgment consistent herewith.

DATED: 1/2/14

United States District Judge